In The United States District Court
For The
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JUN 14 2024
PER _____ [signature]
DEPUTY CLERK

RAFIYQ DAVIS

V.                                    Civil Action No. _____

Crime Stoppers PA              Internal Affairs
Crime Watch PA                 Missing & Exploited Children/kids
PA State Police                ~~_____~~
Federal Bearu of Investigations ~~_____~~
United States Marshals         Federal Deposit Insurance Corp.
Department of Justice
I.C.E.
D.E.A.

## Parties In The Complaint

1. Plaintiff: RAFIYQ DAVIS
   4208 Parkside Ave
   Phila, PA 19104

2. Defendant: Crime Stoppers PA
   1800 Elmerton Ave
   Harrisburg, PA 17110

3. Defendant: Crime Watch PA
   453 Lincoln St., Ste 4
   Carlisle, PA 17013

4. Defendant: PA State Police
   1800 Elmerton Ave
   Harrisburg, PA 17110

5. Defendant: Federal Bearu of Investigations      Federal Bureau of Investigations
   600 Arch St                              AND   935 Pennsylvania Ave, NW
   Phila, PA 19106                                Washington, DC 20535

6. Defendant: United States Marshals
~~[crossed out]~~
601 Market Street, Room 2110
Phila, PA 19106-1728

7. Defendant: Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

8. Defendant: I.C.E.
500 12th Street, S.W.
Washington, DC 20536-5009

9. Defendant: D.E.A.                          DEA
8701 Morrissette Drive    AND    600 Arch St
Springfield, VA 22152           Phila, PA 19106

10. Defendant: Internal Affairs          Internal Affairs
7790 Dungan Rd #7770  AND  441 4th Street, NW
Phila, PA 19111                 11th Floor
                                Washington, DC 20001

11. Defendant: Missing & Exploited Children/Kids
333 John Carlyle St,
Alexandria, Virginia 22314

AND
699 Prince St
Alexandria, VA 22314

~~[crossed out]~~ 10. FDIC
550 17th Street, NW
Washington, DC 20429

# COMPLAINT

## SUMMARY

1. I had made reports with Crime stoppers PA, Crime Watch PA, the PA State police and the United States Marshals, and FBI, internal Affairs, DOJ, and DEA.

2. These people/ they have not responded to any of my reports nor have contacted me.

3. These places are holding /in holdings of some information that was suppose to be given to me when I turned 18 years old which I have not received as well as a debit CARD from the PA State Police, Crime Watch PA, and FBI

4. There were some wanted people that were captured through Filings of lawsuits by the United States Marshals and the Human Rights Coalition and Prison Coalition and Lewisburg Prison Project as well as the White House and I.C.E. which they owe me compensation for

5. I went to the FBI building when I was a child on a school class trip at/in about the 3rd to 5th grade and was informed to come back there when I got older/turned 18 to receive some account information as well as some other thing but the guards are causing me problems/stopping me and Acting as if they want to attack me. I was told that all I needed to do was present my identification card which my name is already in their system.

6. I was informed when I was a child to contact internal affairs as well as I.C.E. to retrieve some information that was being held there ~~[scribbled out]~~ as well as internal affairs which I also contacted and made reports regarding a more serious matter as well as the DEA and Department of Justice. They are also holding accounts from information provided.

~~[scribbled out line]~~

7. I made Reports to the National Center For Missing & Exploited children/kids which they have not contacted me back Regarding.
I was also informed to contact them as well Regarding retreval of information but have not recieved a Reply.

8. ~~There are some other things as well such as illegal gaining access to accounts, for presenting documents, harrassment~~

8. I am hearing matters on the street Regarding what I contacted these people Regarding / places Regarding. which they certainly informed / had to inform on the places and people I Reported.

9. The FDIC Fails to provide me with Mortgage information and vechile loan information as well as other information that I had on accounts and missing account information as well as account theft information.

Relief:

1. Sanctions

2. Collateral Relief

3. Montary

4. Other Relief

06/01/2024

Respectfully,

*[signature]*

RAFIYQ DAVIS
4208 Parkside Ave
Phila, PA 19104

May 30, 2024

RAFIYQ DAVIS
4208 Parkside Ave
Phila, PA 19104

To: Clerk of Court
United States District Court
For The Middle District of PA
1501 N. 6th Street Suite 100
Harrisburg, PA 17102-1104

RE: Filing of Complaint.

Dear Clerk of Court

Hi, My name is RAFIYQ DAVIS and I am contacting you regarding ~~~~ Filing this/the enclosed civil Matter.

Enclosed, please find the civil complaint which I would like to file in this matter.

Also, can you please send me an Informa Paupers papers to Me at:
RAFIYQ DAVIS
4208 Parkside Ave
Phila, PA 19104

Thank You

RAFIYQ DAVIS

05/30/2024

RAFIYQ DAVIS
4208 PARKside Ave
Phila, PA 19104



Clerk of Courts
United States District Court
For The
Middle District of Pennsylvania
1501 N. 6th St., Suite 100
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA

JUN 14 2024

PER _____
DEPUTY CLERK